**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California  90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Kevin S. Asfour (SBN 228993)
kevin.asfour@klgates.com
Matthew B. O'Hanlon (SBN 253648)
matthew.ohanlon@klgates.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKRAM'S YOGA COLLEGE OF INDIA, L.P., a limited partnership; BIKRAM CHOUDHURY, an individual; and BIKRAM CHOUDHURY YOGA, INC., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a corporation; LEXINGTON INSURANCE COMPANY, a corporation; SCOTTSDALE INSURANCE COMPANY, a corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV14-05228-GHK(JCx)<br><br>**PLAINTIFFS' DEMAND FOR JURY TRIAL** |

RECYCLED PAPER

PLAINTIFFS' DEMAND FOR JURY TRIAL

1    Plaintiffs  Bikram's Yoga College of India, L.P., Bikram Choudhury, and

2    Bikram Choudhury Yoga, Inc. hereby demand trial by jury on all issues so triable.[1]

3

                            K&L GATES LLP

4

5

6    Dated:  July 21, 2014         By:  /s/ *Matthew B. O'Hanlon*

7                           Kevin S. Asfour
                             kevin.asfour@klgates.com

8                           Matthew B. O'Hanlon
                           matthew.ohanlon@klgates.com
                           Attorneys for Plaintiffs

---

[1] Plaintiffs make this demand without conceding the existence of subject matter jurisdiction in this Court, and reserve all rights in that regard.

RECYCLED PAPER

**PLAINTIFFS' DEMAND FOR JURY TRIAL**