KEVIN G. McCURDY (SBN 115083)
ROBERT J. SCOTT, Jr. (SBN 151775)
McCURDY FULLER RUETTGERS LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone:  (650) 618-3500
Facsimile:   (650) 618-3599
E-mail:  kevin.mccurdy@mccurdylawyers.com
E-mail:  robert.scott@mccurdylawyers.com

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKRAM'S YOGA COLLEGE OF INDIA, L.P., a limited partnership; BIKRAM CHOUDHURY, an individual; and BIKRAM CHOUDHURY YOGA, INC., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a corporation; LEXINGTON INSURANCE COMPANY, a corporation; SCOTTSDALE INSURANCE COMPANY, a corporation;. NATIONWIDE MUTUAL INSURANCE COMPANY, a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-5228 GHK (JCx)<br><br>**ORDER DEEMING MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHDRAWN AND VACATING HEARING**<br><br>**Date:  April 14, 2015<br>Time: 9:30 a.m.<br>Dept.:  20 (Spring St. Courthouse)<br>Hon. Jacqueline Chooljian** |

   IT IS HEREBY ORDERED that Lexington Insurance Company's Motion to Compel Production of Documents is deemed withdrawn and the April 14, 2015 hearing is vacated.

   IT IS SO ORDERED.

Dated:  March 25, 2015

_____/s/_____
Honorable Jacqueline Chooljian
United States Magistrate Judge

55989                                              - 1 -                                    2:14-cv-5228 GHK (JCx)
**ORDER VACATING HEARING ON MOTION TO COMPEL**