KEVIN G. McCURDY (SBN 115083)
ROBERT J. SCOTT, Jr. (SBN 151775)
McCURDY FULLER RUETTGERS LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: robert.scott@mccurdylawyers.com

Attorney for Defendant
LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKRAM'S YOGA COLLEGE OF INDIA, L.P., a limited partnership; BIKRAM CHOUDHURY, an individual; and BIKRAM CHOUDHURY YOGA, INC., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a corporation; LEXINGTON INSURANCE COMPANY, a corporation; SCOTTSDALE INSURANCE COMPANY, a corporation;. NATIONWIDE MUTUAL INSURANCE COMPANY, a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-5228 GHK (JCx)<br><br>**DISCOVERY MATTER**<br><br>**LEXINGTON INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY PLAINTIFF BIKRAM CHOUDHURY**<br><br>Date: April 21, 2015<br>Time: 9:30 a.m.<br>Dept.: 20 (Spring St. Courthouse)<br>Hon. Jacqueline Chooljian<br><br>**Case Scheduling Order Not Entered** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEY'S OF RECORD HEREIN:

PLEASE TAKE NOTICE that on April 21, 2015 at 9:30 a.m. or as soon thereafter as the matter may be heard, in Department 20 of the above referenced court, defendant Lexington Insurance Company ("Lexington") will, and hereby

1   does, move this Court for an order compelling the production of documents as
2   agreed by plaintiff Bikram Choudhury.
3       This motion is based on this Notice, the parties' Joint Stipulation pursuant to
4   L.R. 37-2.1, and the accompanying Declaration of Robert J. Scott, Jr.
5   Dated: March 31, 2015        McCURDY FULLER RUETTGERS LLP

                                    ROBERT J. SCOTT, Jr.
                                    Attorneys for Defendant
                                    LEXINGTON INSURANCE COMPANY