KEVIN G. McCURDY (SBN 115083)
ROBERT J. SCOTT, Jr. (SBN 151775)
McCURDY FULLER RUETTGERS LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: robert.scott@mccurdylawyers.com

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKRAM'S YOGA COLLEGE OF INDIA, L.P., a limited partnership; BIKRAM CHOUDHURY, an individual; and BIKRAM CHOUDHURY YOGA, INC., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a corporation; LEXINGTON INSURANCE COMPANY, a corporation; SCOTTSDALE INSURANCE COMPANY, a corporation;. NATIONWIDE MUTUAL INSURANCE COMPANY, a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-5228 GHK (JCx)<br><br>**LEXINGTON INSURANCE COMPANY'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES AND PRODUCTION OF DOCUMENTS FROM PLAINTIFF BIKRAM CHOUHDURY**<br><br>Date: April 21, 2015<br>Time: 9:30 a.m.<br>Dept.: 20 (Spring St. Courthouse)<br>Hon. Jacqueline Chooljian<br><br>**Case Scheduling Order Not Entered** |

56142          2:14-cv-5228 GHK (JCx)
**LEXINGTON'S SUPPLEMENTAL MEMORANDUM ISO MOTION TO COMPEL (CHOUDHURY)**

# I. INTRODUCTION

This is an insurance coverage dispute regarding the duty to defend six underlying lawsuits alleging rape, sexual assault, sexual harassment, and related claims. Plaintiff Bikram Choudhury ("Choudhury") is the alleged perpetrator of these deeds.

Choudhury wants to avoid any discovery. He contends that defense counsel in the underlying actions are refusing his "numerous requests" for access to their files. If true, that would be a serious breach of defense counsel's ethical obligations. The more likely explanation is that Choudhury is stalling, as evidenced by his introductory statement that he wants all discovery stayed.

There is no stay on discovery. Lexington's Motion to Compel should accordingly be granted.

# II. DISCUSSION

## A. Choudhury Has Not Attempted To Obtain Responsive Documents

In response to both of Lexington's requests, Choudhury has agreed to produce documents but has not done, claiming that its counsel has "made numerous requests" to defense counsel in the underlying actions for documents. Choudhury then attempts to blame Lexington's alleged failure to pay defense counsel for Choudhury's failure to produce documents. This is absurd.

Lexington's requests for production were served on December 9, 2014. Choudhury's responses were served on January 12, 2015. If Choudhury's counsel was serious about obtaining responsive documents, Choudhury would be able to submit actual evidence of its alleged attempts to do so. Yet Choudhury has submitted no correspondence either asking for documents or confirming that defense counsel in the underlying actions is refusing to produce the documents. Choudhury could not even in good conscience submit a declaration saying that it has made phone calls requesting responsive documents. Lexington's requests have been

pending for over three months, and Choudhury has not presented a shred of evidence that it has attempted to obtain responsive documents.

California Rule of Professional Conduct 3-700(D)(1) provides that an attorney whose representation has terminated shall "promptly release to the client, at the request of the client, all the client papers and property. 'Client papers and property' includes correspondence, pleadings, deposition transcripts, exhibits, physical evidence, expert's reports, and other items reasonably necessary to the client's representation ...." An attorney is subject to discipline for violation of the rule. *Rosenthal v. State Bar* (1987) 43 Cal.3d 612, 621 (attorney disbarred for, among other things, failing to respond to "numerous requests and demands [that] were made by and on behalf of [clients] for the return of these files and records").

By asserting that defense counsel has refused to provide access to client files and records despite "numerous requests to counsel," Choudhury is alleging a very serious ethical breach that should have been reported to the California State Bar months ago. More likely, however, Choudhury's counsel never made "numerous requests" because Choudhury does not want to comply with its discovery obligations.

### III.  CONCLUSION

For the reasons stated herein and in the Joint Stipulation, Lexington respectfully requests that the Court order Choudhury to produce the documents requested.

Dated: April 7, 2015        McCURDY FULLER RUETTGERS LLP


_____
ROBERT J. SCOTT, Jr.
Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

McCURDY FULLER RUETTGERS LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

# CERTIFICATE OF SERVICE
*Bikram's Yoga College of India v. Philadelphia Indemnity*
UNITED STATES CENTRAL DISTRICT OF CALIFORNIA
Case No.: 2:14-cv-5228 GHK (JCx)

I am a citizen of the United States. My business address is 4300 Bohannon Drive, Suite 240, Menlo Park, CA 94025. I am employed in the county of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**LEXINGTON INSURANCE COMPANY'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES AND PRODUCTION OF DOCUMENTS FROM PLAINTIFF BIKRAM CHOUHDURY**

Addressed to the following recipients:

**SEE ATTACHED SERVICE LIST**

__X__ **(BY ELECTRONIC FILING AND SERVICE) with the Clerk of the Court using the CM/ECF System:** in accordance with the F.R.C.P. 5(b)(2)(D) and the above Court's Local Rules, I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

_____ (BY MAIL) I caused such envelope(s) with postage paid thereon fully prepaid to be placed in the United States mail at Menlo Park, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 7, 2015 at Menlo Park, California

/s/Cat Smith
Cat Smith

McCURDY FULLER RUETTGERS LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

| | SERVICE LIST | |
|---|---|---|
| 1 | | |
| 2 | David P. Schack<br>David W. Nelson<br>BARNES & THORNBURG LLP<br>2029 Century Park East<br>Suite 300<br>Los Angeles, CA 90067<br>Tel: (310)284-3880<br>Fax: (310)284-3894<br>Email: david.schack@btlaw.com<br>         dnelson@btlaw.com | Attorneys for Plaintiffs<br>Bikram's Yoga College of India, L.P.; Bikram Choudhury; and Bikram Choudhury Yoga, Inc. |
| 8 | Mike O'Neil<br>Robie & Matthai<br>500 S. Grand<br>Suite 1500<br>Los Angeles, CA 90071<br>Tel: (213)706-8000<br>Fax. (213)624-2563<br>Email: Moneill@romalaw.com | Attorneys for Defendant<br>Philadelphia Indemnity Ins. Co. |
| 12 | Bryan M. Wittlin<br>Jame E. Fitzgeral<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Suite 1600<br>Los Angeles, CA 90067-3086<br>Tel: (310)556-5800<br>Fax: (310)556-5959<br>Email: bfodera@stroock.com<br>         bwittlin@stroock.com<br>         jfitzgerald@stroock.com<br>         lacalendar@stroock.com | Attorneys for Defendant<br>Nationwide Mutual Ins. Co. |
| 19 | Julia A. Molander<br>Andrew M. Hutchison<br>Meckler Bulger Tilson Marick Pearson LLP<br>575 Market Street<br>Suite 2200<br>San Francisco, CA 94105<br>Tel: (415)644-0914<br>Fax: (415)644-0978<br>Email: Julia.molander@mbtlaw.com<br>         Andrew.hutchinson@mbtlaw.com | Attorneys for Defendant<br>Scottsdale Insurance Company |

53460

- 3 -

CERTIFICATE OF SERVICE