DAVID P. SCHACK (SBN 106288)
dschack@btlaw.com
DAVID W. NELSON (SBN 240040)
dnelson@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:  310.284.3880
Facsimile:   310.284.3894

Attorneys for Plaintiff
BIKRAM'S YOGA COLLEGE OF INDIA, L.P.,
BIKRAM CHOUDHURY YOGA, INC., and
BIKRAM CHOUDHURY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKRAM'S YOGA COLLEGE OF INDIA, L.P., a limited partnership; BIKRAM CHOUDHURY, an individual; and BIKRAM CHOUDHURY YOGA, Inc., a corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a corporation; LEXINGTON INSURANCE COMPANY, a corporation; SCOTTSDALE INSURANCE COMPANY, a corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, a corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:14-CV-05228-GHK-JC<br><br>**JOINT STATUS REPORT REGARDING SCHEDULING OF SETTLEMENT CONFERENCE**<br><br>Judge: Hon. George H. King |

Pursuant to the Court's April 1, 2015 Order directing the parties to schedule a Settlement Conference with Magistrate Judge Jay C. Gandhi and to file a joint status report within fourteen days, the parties jointly file this status report to inform the Court that a Settlement Conference has been scheduled with Magistrate Judge Jay C. Gandhi at 10:00 a.m. on May 11, 2015. (*See* Order Regarding Settlement Conference, DK #51.)

Dated:  April 15, 2015          BARNES &THORNBURG

/s/ David W. Nelson
DAVID W. NELSON
Attorneys for Plaintiffs BIKRAM CHOUDHURY, BIKRAM YOGA COLLEGE OF INDIA LP, and BIKRAM CHOUDURY YOGA, INC.

Dated:  April 15, 2015          MECKLER BULGER TILSON MARICK & PEARSON LLP

/s/ Julia A. Molander
JULIA A. MOLANDER
Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

Dated:  April 15, 2015          STROOCK & STROOCK & LAVAN LLP

/s/ James E. Fitzgerald
JAMES E. FITZGERALD
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

Dated:  April 15, 2015          ROBIE & MATTHAI APC

/s/ Michael O'Neill
MICHAEL J. O'NEILL
Attorneys for Defendant
PHILADELPHIA INDEMNITY INSURANCE COMPANY

1  Dated: April 15, 2015            McCURDY FULLER RUETTGERS LLP

/s/ Robert J. Scott, Jr.
ROBERT J. SCOTT, Jr.
Attorneys for Defendant
LEXINGTON INSURANCE COMPANY