# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

| Case No. | **CV 14-05228-BRO (JCx)** | Date | June 12, 2017 |
|---|---|---|---|
| Title | **BIKRAM'S YOGA COLLEGE OF INDIA, L.P., ET AL. V. PHILADELPHIA INDEMNITY INSURANCE COMPANY, ET AL.** | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

## ORDER DISMISSING ACTION

The Court is in receipt of Defendant Lexington Insurance Company's ("Lexington") response to this Court's Order to Show Cause issued on May 31, 2017. (*See* Dkt. No. 124.) Upon reviewing Lexington's response and the prior Orders of this Court, it appears that there are no remaining Defendants in the action.

Plaintiffs Bikram's Yoga College of India, L.P., Bikram Choudhury, and Bikram Choudhury Yoga, Inc. (collectively, "Plaintiffs") named Philadelphia Indemnity Insurance Company ("PIIC"), Lexington, Scottsdale Insurance Company ("Scottsdale"), and Nationwide Mutual Insurance Company ("Nationwide") as Defendants in this action. (*See* Dkt. No. 1, Ex. 1.) On November 6, 2015, the Court dismissed all claims brought by Bikram Choudhury Yoga, Inc. and all claims against Defendants Lexington and Scottsdale. (*See* Dkt. No. 80.) On December 8, 2015, the Court granted Nationwide's Motion for Summary Judgment. (*See* Dkt. No. 92.) And, on April 7, 2017, the Court granted the parties' stipulation to dismiss all claims against PIIC. (*See* Dkt. No. 121.) Therefore, there are no remaining active Defendants in this action. Accordingly, the Court **DISCHARGES** the pending Orders to Show Cause, (*see* Dkt. Nos. 122, 123), and this action is **DISMISSED**.

**IT IS SO ORDERED.** :

Initials of Preparer     rf